10111 E. 21st Street N., Suite 204  
Wichita, Kansas 67206  
800-WIN-BULL *toll free*  
316-684-4400 *local*  
316-684-4405 *fax*  
bullattorneys.com *website*



**Attorneys at Law**
**Bradley A. Pistotnik**
*Licensed in Kansas*
**Tony L. Atterbury**
*Licensed in Kansas, Missouri,*
*Arkansas, Nebraska, and Oklahoma*
**William L. Barr**
*Licensed in Kansas,*
*Utah, and Illinois*
**Jay Sizemore**
*Licensed in Kansas*
**J. Corey Sucher**
*Licensed in Kansas, Texas, and Florida*
**Michael P. Estivo, D.O.**
*Licensed in Kansas, Missouri,*
*Arkansas, and Colorado*

September 1, 2021

Menard Corporate Legal Department  
Attn: Kristine Britven  
5101 Menard Drive  
Eau Claire, WI 54703

RE: Blanca Arce

Dear Ms. Britven:

As I requested in my voicemail message, please forward copies of the surveillance video recorded by Menards' outdoor surveillance camera positioned on the southeast corner of Menard's main building at 3250 N. Toben in Wichita, KS, between the hours of 9:00AM and Noon on August 8th 2021. For your easy reference I include several photos of this camera which I took yesterday. Let us know if you need anything else from our office.

Very truly yours,

Liberty Hinkle  
Assistant to William L. Barr

**EXHIBIT E**

**Bill Barr**

| | |
|---|---|
| From: | Bill Barr |
| Sent: | Wednesday, September 01, 2021 8:06 AM |
| To: | Bill Barr |
| Subject: | Surveillance Camera - Blanca Arce |











Sent from my iPhone

5